UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT DYLAN J.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01020-NJK<br><br>**Order**<br><br>[Docket No. 1] |

　　　　Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. When analyzing whether to allow a plaintiff to proceed without prepaying the filing fee, the Court considers the income and assets to which the plaintiff has access, including those of the plaintiff's spouse. *Flores v. Colvin*, 2014 U.S. Dist. Lexis 93236, at *3-4 (D. Nev. May 22, 2014) (collecting cases). Plaintiff's application to proceed *in forma pauperis* in this case is blank as to, *inter alia*, spousal income and employment. *See* Docket No. 1. It is not clear from the filing whether Plaintiff does not have a spouse or whether Plaintiff simply did not fill out this aspect of the application. Accordingly, the Court **DEFERS** ruling on the application to proceed *in forma pauperis*. No later than June 19, 2024, Plaintiff must file either a notice that he does not have a spouse or a notice of corrected image of the application to proceed *in forma pauperis* that provides all of the spousal information required.

　　　　IT IS SO ORDERED.

　　　　Dated: June 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge