# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT D. J., | Case No. 2:24-cv-01020-NJK |
|     Plaintiff(s), | **ORDER** |
| v. | |
| LEE DUDEK, | |
|     Defendant(s). | |

Lee Dudek is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Lee Dudek in place of Martin O'Malley.

IT IS SO ORDERED.

Dated: February 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge